IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: * CASE NO. 23-02064

FRANCISCO NIEVES PIZARRO CHAPTER 13
MARILYN CUADRADO

    Debtor(s)
-------------------------------------------------------*

MOTION REQUESTING AUTOMATIC STAY
BE IMPOSED UPON CREDITORS FOR LIFE OF PLAN

TO THE HONORABLE COURT:

    NOW COMES debtors through the undersigned attorney, very respectfully pray, and allege:

    1. Debtors had filed previous bankruptcy case #19-07570 under chapter 13 of the U.S. Bankruptcy Code, which was dismissed prior to the filing of the present case. Debtor filed the present chapter 13 case after dismissal due to arrears with chapter 13 payment plan

    2. The case is not being filed after dismissal under 11 USC 707(b).

    3. In view of the fact that Section 362 © (3) limits Section 362(a) in the present case, debtors request the Automatic Stay be imposed and continued upon all creditors for the life of the plan. Said case was dismissed due to health reasons as debtor ceased working and is receiving Social Security benefits.

    4. The present case has been filed in good faith and the circumstances, which caused the previous dismissal, do not exist at present.

    5. Furthermore, if the pesent case is dismissed or the Automatic Stay under Section 362 of the Bankruptcy Code is not extended to all creditors for the life of the plan debtor will suffer irreparable harm, loss and damages since he will lose property for effective organization.

    6. If no timely objection is filed, an Order may be entered granting the relief

requested and continuing the automatic stay.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforestated, and grant continuance of automatic stay be imposed upon all creditors for the life of the plan.

I CERTIFY that on this date I have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, to Chapter 13 Trustee and by First Class U.S. Mail to parties in interest.

14 DAYS NOTICE

TO ALL PARTIES IN INTEREST:

Within twenty (14) days after service as evidenced by the Certification and an additional three (3) days pursuant to Federal Rules of Bankruptcy Procedure 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within 14 days of this motion the requested relief will be granted without a hearing unless; (i) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise

In San Juan, Puerto Rico, this 6th day of July of the year of our Lord 2023

/S/EMILY D. DAVILA, ESQ.
EMILY D. DAVILA, ESQ.
USDC-PR #214503
420 PONCE DE LEON
MIDTOWN BLDG SUITE 311
SAN JUAN, PR 00918
TEL. 787 759-8090,759-9620
davilaww@prtc.net