FRANCISCO NIEVES PIZARRO  
PO BOX 2947  
Guaynabo PR 00970

MARILYN CUADRADO NIEVES  
PO BOX 2947  
Guaynabo PR 00970

EMILY DARICE DAVILA, ESQ  
EMILY D DAVILA LAW FIRM  
420 PONCE DE LEON AVE  
MIDTOWN SUITE 311  
San Juan PR 00918

AMERICAN EXPRESS NATIONAL BANK  
C/O BECKET AND LEE LLP  
PO BOX 3001  
Malvern PA 19355

ANIBAL ORTIZ RIVERA  
SIERRA BAYAMON  
34-6 CALLE 31  
Bayamon PR 00961

ASOC EMPLEADOS ELA  
BANKRUPTCY DIVISION  
GPO BOX 364508  
SAN JUAN PR 00936-4508

BERNARDO REYES AVILES  
COLINAS DE CERRO GORDO  
BO SABANA  
Bayamon PR 00959

CACH LLC  
4340 MONACO ST  
Denver CO 80237

CITICARD  
PO BOX 9001037  
Louisville KY 40290-1037

CLARO WIRELESS  
PO BOX 70366  
SAN JUAN PR 00936-0633

COOP A/C LOMAS VERDES  
PO BOX 1142  
BAYAMON PR 00960

DACO  
REGIONAL OFFICE SAN JUAN  
PO BOX 41059

```
San Juan PR 00940-1059

DEPARTAMENT OF TREASURY
PO BOX 9024140
San Juan PR 00902-4140

DISCOVER CARD SERVICES
BANKRUPTCY DIVISION
PO BOX 15251
WILMINGTON DE 19886

FIRSTBANK
PO BOX 11852
San Juan PR 00910-1852

INTERNAL REVENUE SERV
PO BOX 7346
PHILADELPHIA PA 19101-7346

ISLAND PORTFOLIO SERVICES LLC
PO BOX 361110
SAN JUAN PR 00936

JOSE RODRIGUEZ AGUAYO
URB MONTE CASINO HEIGHTS
142 CALLE RIO SONADOR
TOA ALTA PR 00953

LUMA ENERGY
PO BOX 363508
San Juan PR 00936

LVNV FUNDING
BANKRUPTCY DIVISION
PO BOX 10497
GREENVILLE SC 29603

MARGIE NIEVES
HC01 BOX 11545
Toa Baja PR 00949

MARICARMEN SANTANA RODRIGUEZ
URB EL CORTIJO
E66 CALLE 8
Bayamon PR 00956

MUEBLERIAS BERRIOS
BANKRUPTCY DIVISION
APARTADO 674
CIDRA PR 00739

PREMIER BANKCARD INC
PO BOX 53
GENEVA IL 60134
```

```
RAYMOND MORALES
URB CIUDAD JARDIN 11
166 CALLE BEGONIA
Toa Alta PR 00953

RETIREMENT 106
PO BOX 42003
MINILLAS STA
San Juan PR 00940-2203

ROSAURA PEREZ RODRIGUEZ
URB STA JUANITA
BN-19 CALLE YOCOHAMA
Bayamon PR 00956
```