IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: \*

FRANCISCO NIEVES PIZARRO
MARILYN CUADRADO NIEVES                    CASE NO. 23-02064(EAG)

CHAPTER 13

Debtor(s)
------------------------------------\*

MOTION TO SUBMIT PLAN

TO THE HONORABLE COURT:

NOW COMES the above-named debtor through the undersigned attorney and very respectfully prays and alleges:

1. That herewith submits plan dated JULY 6, 2023 for a base of $46,000.00 which is sufficiently funded.

WHEREFORE it is respectfully requested that this Honorable Court confirm the plan on its day.

I CERTIFY: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Chapter 13 Trustee Esq., JOSE R CARRION, ESQ. and to all CM/ECF participants and by First Class U.S. Mail copy has been sent to President-CEO of First bank P.R., Aurelio Aleman Bermudez, PO BOX 9146, San Juan, P.R. 00908, and to all non-CM/ECF creditors and interested parties to their address of record as per master address list.

NOTICE

TO ALL PARTIES IN INTEREST:

**WITHIN twenty-eight (28) days** of notice for date set for confirmation hearing pursuant to Federal Rule Bankruptcy Procedure 2002 (b), **Within twenty one (21)** days notice of time fixed to file objections pursuant to F.R. Bankruptcy Procedure 2002(a)(9), and **seven (7) days before** the date set for the confirmation hearing pursuant to F.R. Bankruptcy P. 3015(f), any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico.  If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless; i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the Court may schedule a hearing.

In San Juan, Puerto Rico, this July 6, 2023.

/S/EMILY D DAVILA
EMILY D. DAVILA RIVERA
USDC-PR 214503
420 PONCE DE LEON AVENUE
MIDTOWN BLDG SUITE 311
SAN JUAN, PR  00918
TEL. 759-8090\FAX 759-9620
davilalawe@prtc.net
davilaloww@prtc.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
**FRANCISCO NIEVES PIZARRO**
**MARILYN CUADRADO NIEVES**

xxx-xx-1680
xxx-xx-5850

Case No.: **23-02064**

Chapter 13

☐ Check if this is a pre-confirmation amended plan

☐ Check if this is a post confirmation amended plan
Proposed by:
☐ Debtor(s)
☐ Trustee
☐ Unsecured creditor(s)

**Puerto Rico Local Form G**

**Chapter 13 Plan dated** July 6, 2023 .

If this is an amended plan, list below the sections of the plan that have been changed.

## PART 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## PART 2: Plan Payments and Length of Plan

2.1   Debtor(s) will make payments to the trustee as follows:

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| $650.00 | Months **1** through **12** | $7,800.00 | |

| Debtor | FRANCISCO NIEVES PIZARRO  MARILYN CUADRADO NIEVES | Case number | 23-02064 |
|---|---|---|---|

| | $750.00 | Months 13 through 49 | $27,750.00 | DEBTORS WILL MODIFY EXP'S. &/OR RCV. MORE INCOME |
|---|---|---|---|---|
| | $950.00 | Months 50 through 60 | $10,450.00 | MD RETIR. LOAN 9/15/27 |
| | Subtotals | 60 Months | $46,000.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*

☐ Debtor(s) will make payments pursuant to a payroll deduction order.
☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

# PART3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
☑ The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of Creditor | Collateral | Current installment payments (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| RETIREMENT 106 | RETIREMENT FUNDS PLAN 106, DUE 9-15-2027 | $196.65  Disbursed by:  ☐ Trustee  ☑ Debtor(s) | $0.00 | 0.00% | $0.00  _____ Months Starting on Plan Month _____ | $0.00 |

*Insert additional claims as needed.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

| Debtor | FRANCISCO NIEVES PIZARRO<br>MARILYN CUADRADO NIEVES | Case number | 23-02064 |
|---|---|---|---|

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑ The Debtor(s) request that the court determine the value of the secured claims listed below. For each non-governmental secured claim listed below, the Debtor(s) state that the value of the secured claim should be as set out in the column headed Amount of Secured Claim. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated below. If no monthly payment is listed below, distribution will be pro-rated according to section 7.2.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

The holder of any claim listed below as having value in the column headed Amount of Secured Claim will retain the lien on the property interest of the Debtor(s) or the estate(s) until the earlier of:

(a) Payment of the underlying debt determined under nonbankruptcy law, or

(b) Discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor. See Bankruptcy Rule 3015.

| Name of Creditor | Estimated Amount of Creditor's Total Claim | Collateral | Value of Collateral | Amount of Claims Senior to Creditor's Claim | Amount of Secured Claim | Interest Rate % | Monthly PMT to Creditor | Estimated Total of Monthly PMTs |
|---|---|---|---|---|---|---|---|---|
| FIRSTBANK | $29,240.00 | 2019 NISSAN FRONTIER 43000. miles. FAIR-GOOD CONDITION | $21,935.00 | $0.00 | $21,935.00 | PRIME RATE 8.25% + RISK FACTOR 2% + 4% EXCISE TAX = 14.25% | | $30,681.72 |
| | | | | | | Months | Starting on Plan Month | |

*Insert additional claims as needed.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

Puerto Rico Local Form G (LBF-G)        Chapter 13 Plan        Page 3

| Debtor | **FRANCISCO NIEVES PIZARRO**  <br>**MARILYN CUADRADO NIEVES** | Case number | **23-02064** |
|---|---|---|---|

☑ Payments pursuant to 11 USC §1326(a)(1)(C):

| *Name of secured creditor* | *$ Amount of APMP* | *Comments* |
|---|---|---|
| **FIRSTBANK** | **100.00** | |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7  **Other secured claims modifications.**

*Check one.*

☑  **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

## PART 4: Treatment of Fees and Priority Claims

4.1  **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2  **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3  **Attorney's fees**

Check one.

☐  **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☑  **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ 2,037.00 |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ 2,963.00 |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ |

4.4  **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*

☐  **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

☑  The Trustee shall pay in full all allowed claims entitled to priority under §507, §1322(a)(2), estimated in **$2,070.37**

| **Name of priority creditor** | **Estimate amount of claim to be paid** |
|---|---|
| **INTERNAL REVENUE SERV** | **$778.45** |

*Insert additional claims as needed.*

4.5  **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☑  **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Debtor | **FRANCISCO NIEVES PIZARRO**<br>**MARILYN CUADRADO NIEVES** | Case number | **23-02064** |
|---|---|---|---|

**4.6** **Post confirmation property insurance coverage**
*Check one.*

☐ **None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

☑ The Debtor(s) propose to provide post confirmation property insurance coverage to the secured creditors listed below:

| Name of creditor insured | Insurance Company | Insurance coverage beginning date | Estimated insurance premium to be paid | Estimated total payments by trustee |
|---|---|---|---|---|
| **EASTERN AMERICA INSURANCE** | **AUTO INSURANCE** | 5/27/26 | $58.00 | $928.00 |

Disbursed by:
☑ Trustee
☐ Debtor(s)

*Insert additional claims as needed.*

## PART 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

☐ The sum of $_____.
☐ _____% of the total amount of these claims, an estimated payment of $_____.
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☑ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ **0.** .

**5.2** **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☑ **None**. *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3** **Other separately classified nonpriority unsecured claims.**
*Check one*.

☑ **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one*.

☑ **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1** **Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☐ Plan confirmation.
☑ Entry of discharge.
☐ Other: _____

| Debtor | **FRANCISCO NIEVES PIZARRO** | Case number | **23-02064** |
|---|---|---|---|
| | **MARILYN CUADRADO NIEVES** | | |

**7.2** **Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1** **Check "None" or list the nonstandard plan provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.

**8.2 THIS SECTION MODIFIES SECTION 2.3: INCOME TAX REFUNDS RECEIVED DURING THE LIFE OF THE PLAN SHALL BE PAID TO THE PLAN UPON RECEIPT OF THE SAME. PLAN BASE SHALL BE DEEMED INCREASED IN THE SUM RECEIVED WITHOUT FURTHER NOTICE. IF DEBTOR NEEDS TO USE TAX REFUND COURT AUTHORIZATION IS TO BE REQUESTED PRIOR TO USE.**

**8.3 THIS SECTION MODIFIES SECTIONS 3.1, 3.3, 3.4 & 3.7, RETENTION OF LIEN. THE HOLDER OF ANY CLAIM LISTED IN THE AFOREMENTIONED SECTIONS AND ANY LIEN NOT AVOIDED IN SECTION 3.4, WILL RETAIN THE LIEN ON THE PROPERTY INTEREST OF THE DEBTOR OR THE ESTATE UNTIL SATISFACTION OF THE LIEN, AT WHICH TIME THE LIEN WILL TERMINATE AND BE RELEASED BY THE CREDITOR.**

*Insert additional lines as needed.*

## PART 9: Signature(s)

| **/s/ EMILY DARICE DAVILA, ESQ** | Date | **July 6, 2023** |
|---|---|---|
| **EMILY DARICE DAVILA, ESQ** | | |
| Signature of Attorney of Debtor(s) | | |
| **/s/ FRANCISCO NIEVES PIZARRO** | Date | **July 6, 2023** |
| **FRANCISCO NIEVES PIZARRO** | | |
| **/s/ MARILYN CUADRADO NIEVES** | Date | **July 6, 2023** |
| **MARILYN CUADRADO NIEVES** | | |

By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.

Home > What's My Car Worth? > Category & Style > Options > Condition > **S Pickup 4D 5 ft**

Advertisement

**My Car's Value**
## 2019 Nissan Frontier Crew Cab S Pickup 4D 5 ft

🖨 Print

4.5 ⭐ (657 Ratings)    Write a review

♡ Save this car    Skip the hassle! Go directly to your values next time.

⚠ **Recalls: 1 Recall Found**
Is my car affected?    →

**Repair Estimator: See Pricing**
What's a fair price?    →

**Options**    Next Steps

### 1  Your Options

Instant Cash Offer    **Trade-in**    Private Party    Donate Your Car

♡ Save this car

✕

Advertisement

Trade-in Range
**$20,665 - $23,204**
Trade-in Value
**$21,935**



ⓘ Important info & definitions

Value valid as of **07/03/2023**

## Factors That Impact Value
Check that yours are correct below.

Mileage: **43,000** ✎     ZIP Code: **00918** 📍

Condition
**Good** ⌄     Edit Options

 **Instant Cash Offer**

Instant Cash Offer Advantages 🗐

- Get your Instant Cash Offer online
- Redeem it at a Participating Dealer
- Get cash for your car or trade it in today

**Get Offer**

Advertisement



**EASTERN AMERICA INSURANCE COMPANY**

P.O.Box 9023862 San Juan, PR 00902-3862
Tel: (787) 774-9211    Fax: (787) 774-8909

Quote ID: 39668

## PREMIUM CALCULATION

| | |
|---|---|
| Date requested: | 7/6/2023   3:55:29PM |
| By: | eMail |
| Debtor: | FRANCISCO NIEVES PIZARRO |
| Join debtor: | MARILYN CUADRADO NIEVES |
| Case #: | 2302064 |
| Esq.: | EMILY D DAVILA RIVERA |

| | | | |
|---|---|---|---|
| Manufacturer: | NISSAN | Model: | ROGUE |
| Year: | 2019 | VIN #: | JN1BJ1CP6KW210447 |
| Lienholder: | FIRST BANK PUERTO RICO | Loan: | 2575 |
| Balance: | $29,240.00 | File Date: | 07/05/2023 |
| | | Maturity Date: | 05/27/2026 |

$58.00   **(MONTHLY PREMIUM 16 MONTHS).**

TOTAL ESTIMATED COVERAGE IS:              $928.00



```
FRANCISCO NIEVES PIZARRO
PO BOX 2947
Guaynabo PR 00970

MARILYN CUADRADO NIEVES
PO BOX 2947
Guaynabo PR 00970

EMILY DARICE DAVILA, ESQ
EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
San Juan PR 00918

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
Malvern PA 19355

ANIBAL ORTIZ RIVERA
SIERRA BAYAMON
34-6 CALLE 31
Bayamon PR 00961

ASOC EMPLEADOS ELA
BANKRUPTCY DIVISION
GPO BOX 364508
SAN JUAN PR 00936-4508

BERNARDO REYES AVILES
COLINAS DE CERRO GORDO
BO SABANA
Bayamon PR 00959

CACH LLC
4340 MONACO ST
Denver CO 80237

CITICARD
PO BOX 9001037
Louisville KY 40290-1037

CLARO WIRELESS
PO BOX 70366
SAN JUAN PR 00936-0633

COOP A/C LOMAS VERDES
PO BOX 1142
BAYAMON PR 00960

DACO
REGIONAL OFFICE SAN JUAN
PO BOX 41059
```

```
San Juan PR 00940-1059

DEPARTAMENT OF TREASURY
PO BOX 9024140
San Juan PR 00902-4140

DISCOVER CARD SERVICES
BANKRUPTCY DIVISION
PO BOX 15251
WILMINGTON DE 19886

FIRSTBANK
PO BOX 11852
San Juan PR 00910-1852

INTERNAL REVENUE SERV
PO BOX 7346
PHILADELPHIA PA 19101-7346

ISLAND PORTFOLIO SERVICES LLC
PO BOX 361110
SAN JUAN PR 00936

JOSE RODRIGUEZ AGUAYO
URB MONTE CASINO HEIGHTS
142 CALLE RIO SONADOR
TOA ALTA PR 00953

LUMA ENERGY
PO BOX 363508
San Juan PR 00936

LVNV FUNDING
BANKRUPTCY DIVISION
PO BOX 10497
GREENVILLE SC 29603

MARGIE NIEVES
HC01 BOX 11545
Toa Baja PR 00949

MARICARMEN SANTANA RODRIGUEZ
URB EL CORTIJO
E66 CALLE 8
Bayamon PR 00956

MUEBLERIAS BERRIOS
BANKRUPTCY DIVISION
APARTADO 674
CIDRA PR 00739

PREMIER BANKCARD INC
PO BOX 53
GENEVA IL 60134
```

```
RAYMOND MORALES
URB CIUDAD JARDIN 11
166 CALLE BEGONIA
Toa Alta PR 00953

RETIREMENT 106
PO BOX 42003
MINILLAS STA
San Juan PR 00940-2203

ROSAURA PEREZ RODRIGUEZ
URB STA JUANITA
BN-19 CALLE YOCOHAMA
Bayamon PR 00956
```