# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**FRANCISCO NIEVES PIZARRO**
**dba MFJ CONTRACTOR LLC**
**MARILYN CUADRADO NIEVES**

**xxx–xx–1680**
**xxx–xx–5850**

Debtor(s)

Case No. **23–02064 EAG**

Chapter **13**

FILED & ENTERED ON 7/10/23

### *NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY*

On 7/6/2023, debtor(s) filed a motion for continuation of the automatic stay as to debtor (docket entry #6). In accordance with P.R. LBR 4001–5, if an objection is timely filed, a hearing will be held on 8/1/23 at 01:30 PM at Microsoft Teams Video &, Audio Conferencing, and/or Telephonic Hearings. If no objection is filed within fourteen (14) days, the hearing may be vacated.

In San Juan, Puerto Rico, this Monday, July 10, 2023 .

*Wilma Jaime*
Clerk of the Court
By:
*CARMINA ROSADO LOZA*
Deputy Clerk