```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>FRANCISCO NIEVES PIZARRO<br>MARILYN CUADRADO NIEVES<br>DEBTOR (S) | CASE NO. 23-02064-EAG<br><br>CHAPTER 13 |

```
                       NOTICE OF CONTINUANCE OF
                       341 MEETING OF CREDITORS
```

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed Aug 9, 2023 at 3:40 pm has been continued to

Wed Aug 9, 2023 at 3:40 pm and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: xci-nybn-jmr

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: xci-nybn-jmr

**By Phone Please Dial: +1 787-333-6333**, Access Code: 2765664604868

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Wednesday, July 12, 2023.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

```
                              /s/ Jose R. Carrion
                              Office of Jose R. Carrion
                              Chapter 13 Trustee
                              PO Box 9023884, Old San Juan Station
                              San Juan, PR  00902-3884
                              Tel. (787) 977-3535 / Fax. (787) 977-3551
```

23-02064-EAG                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| COOP A/C LOMAS VERDES<br>PO BOX 1142<br>BAYAMON, PR 00960-1142 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA, PR 00739 | EMILY DARICE DAVILA RIVERA*<br>LAW OFFICE EMILY D DAVILA RIVERA<br>420 PONCE DE LEON<br>MIDTOWN SUITE 311<br>SAN JUAN, PR 00918 |
| PREMIER BANKCARD INC<br>PO BOX 53<br>GENEVA, IL 60134 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | AEELA - ASOCIACION EMPLEADOS ELA<br>ATTN DIVISION QUIEBRAS<br>PO BOX 364508<br>SAN JUAN, PR 00936 |
| DISCOVER CARD SERVICES<br>BANKRUPTCY DIVISION<br>PO BOX 15251<br>WILMINGTON DE 19886<br>, 19886 | CLARO WIRELESS<br>PO BOX 70366<br>SAN JUAN, PR 00936-0633 |
| LVNV FUNDING<br>BANKRUPTCY DIVISION<br>PO BOX 10497<br>GREENVILLE SC 29603<br>, 29603 | CITI CARDS<br>PO BOX 9001037<br>LOUISVILLE,, KY 40290-1037 |
| ISLAND PORTFOLIO SERVICES LLC<br>PO BOX 361110<br>SAN JUAN,, PR 00936-1110 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| FIRSTBANK<br>PO BOX 11852<br>SAN JUAN,, PR 00910-1852 | LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR 00936 |
| LUMA ENERGY<br>PO BOX 363508<br>SAN JUAN, PR 00936 | DACO<br>REGIONAL OFFICE SAN JUAN<br>PO BOX 41059<br>SAN JUAN, PR 00940-1059 |

| | |
|---|---|
| FRANCISCO NIEVES PIZARRO<br>PO BOX 2947<br>GUAYNABO, PR 00970 | APDEL ORTIZ RIVERA<br>SIERRA BAYAMON<br>34-6 CALLE 31<br>BAYAMON PR 00961<br>, 00961 |
| BERNARDO REYES AVILES<br>COLINAS DE CERRO GORDO<br>BO SABANA<br>BAYAMON PR 00959<br>, 00959 | CACH LLC<br>4340 MONACO ST<br>DENVER CO 80237<br>, 80237 |
| JOSE RODRIGUEZ AGUAYO<br>URB MONTE CASINO HEIGHTS<br>142 CALLE RIO SONADOR<br>TOA ALTA PR 00953<br>, 00953 | MARGIE NIEVES<br>HC01 BOX 11545<br>TOA BAJA PR 00949<br>, 00949 |
| MARICARMEN SANTANA RODRIGUEZ<br>URB EL CORTIJO<br>E66 CALLE 8<br>BAYAMON PR 00956<br>, 00956 | RAYMOND MORALES<br>URB CIUDAD JARDIN 11<br>166 CALLE BEGONIA<br>TOA ALTA PR 00953<br>, 00953 |
| RETIREMENT 106<br>PO BOX 42003<br>MINILLAS STA<br>SAN JUAN, PR 00940-2203 | ROSAURA PEREZ RODRIGUEZ<br>URB STA JUANITA<br>BN-19 CALLE YOCOHAMA<br>BAYAMON PR 00956<br>, 00956 |
| DATED: July 12, 2023 | CAROLINE MARTINEZ<br>OFFICE OF THE CHAPTER 13 TRUSTEE |