UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In re  FRANCISCO NIEVES PIZARRO
MARILYN CUADRADO NIEVES

Debtor(s)

Case No. 23-02064 (EAG)

Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, a copy of PLAN dated July 6, 2023 was served by Certified United States mail, certified mail receipt #70080150000126475404 to First bank, President, Aurelio Aleman Bermudez, PO Box 9146, San Juan, PR 00908.

In San Juan, P.R. this 13th of July 2023.

I CERTIFY that on this date I have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, to Chapter 13 Trustee, Jose R. Carrion, Esq. and by First Class U.S. Mail to parties in interest.

/s/ EMILY DARICE DAVILA
EMILY DARICE DAVILA, ESQ
USDC-PR 214503
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
San Juan, PR 00918
787 759-8090 Fax:787 759-9620
davilalawe@prtc.net

FRANCISCO NIEVES PIZARRO
PO BOX 2947
Guaynabo PR 00970

MARILYN CUADRADO NIEVES
PO BOX 2947
Guaynabo PR 00970

EMILY DARICE DAVILA, ESQ
EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
San Juan PR 00918

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
Malvern PA 19355

ANIBAL ORTIZ RIVERA
SIERRA BAYAMON
34-6 CALLE 31
Bayamon PR 00961

ASOC EMPLEADOS ELA
BANKRUPTCY DIVISION
GPO BOX 364508
SAN JUAN PR 00936-4508

BERNARDO REYES AVILES
COLINAS DE CERRO GORDO
BO SABANA
Bayamon PR 00959

CACH LLC
4340 MONACO ST
Denver CO 80237

CITICARD
PO BOX 9001037
Louisville KY 40290-1037

CLARO WIRELESS
PO BOX 70366
SAN JUAN PR 00936-0633

COOP A/C LOMAS VERDES
PO BOX 1142
BAYAMON PR 00960

DACO
REGIONAL OFFICE SAN JUAN
PO BOX 41059

```
San Juan PR 00940-1059

DEPARTAMENT OF TREASURY
PO BOX 9024140
San Juan PR 00902-4140

DISCOVER CARD SERVICES
BANKRUPTCY DIVISION
PO BOX 15251
WILMINGTON DE 19886

FIRSTBANK
PO BOX 11852
San Juan PR 00910-1852

INTERNAL REVENUE SERV
PO BOX 7346
PHILADELPHIA PA 19101-7346

ISLAND PORTFOLIO SERVICES LLC
PO BOX 361110
SAN JUAN PR 00936

JOSE RODRIGUEZ AGUAYO
URB MONTE CASINO HEIGHTS
142 CALLE RIO SONADOR
TOA ALTA PR 00953

LUMA ENERGY
PO BOX 363508
San Juan PR 00936

LVNV FUNDING
BANKRUPTCY DIVISION
PO BOX 10497
GREENVILLE SC 29603

MARGIE NIEVES
HC01 BOX 11545
Toa Baja PR 00949

MARICARMEN SANTANA RODRIGUEZ
URB EL CORTIJO
E66 CALLE 8
Bayamon PR 00956

MUEBLERIAS BERRIOS
BANKRUPTCY DIVISION
APARTADO 674
CIDRA PR 00739

PREMIER BANKCARD INC
PO BOX 53
GENEVA IL 60134
```

```
RAYMOND MORALES
URB CIUDAD JARDIN 11
166 CALLE BEGONIA
Toa Alta PR 00953

RETIREMENT 106
PO BOX 42003
MINILLAS STA
San Juan PR 00940-2203

ROSAURA PEREZ RODRIGUEZ
URB STA JUANITA
BN-19 CALLE YOCOHAMA
Bayamon PR 00956
```