IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                    *

FRANCISCO NIEVES PIZARRO                  CASE NO. 23-02064
MARILYN CUADRADO                              CHAPTER 13

      Debtor(s)
------------------------------------------------------*

REPLY TO MOTION TO QUASH DEBTOR'S INTENT
TO PAY VALUE OF COLLATERAL

TO THE HONORABLE COURT:

NOW COMES debtors through the undersigned attorney, very respectfully pray, and allege:

1. That debtors filed plan dated July 6, 2023 which proposes to pay First Bank's claim #2 up to value of collateral.

2. That First Bank filed motion to quash debtor's intent to pay value of collateral for incompliance with the Law, failure to notify creditor by certified mail.

3. That on this same date Certificate of Service was filed with the Court [docket 15} indicating that plan dated July 6, 2023 was notified to President of First Bank, Aurelio Aleman Bermudez to PO Box 9146, San Juan, PR 00918.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforestated, and deny First Bank creditor's Motion to Quash.

I CERTIFY that on this date I have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, to attorney for First Bank, Maricarmen Colon Diaz, to Chapter 13

Trustee, Jose R. Carrion, Esq. and by First Class U.S. Mail to parties in interest.

### 14 DAYS NOTICE

TO ALL PARTIES IN INTEREST:

    Within twenty (14) days after service as evidenced by the Certification and an additional three (3) days pursuant to Federal Rules of Bankruptcy Procedure 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within 14 days of this motion the requested relief will be granted without a hearing unless; (i) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise

    In San Juan, Puerto Rico, this 13th day of July of the year of our Lord 2023

/S/EMILY D. DAVILA, ESQ.
EMILY D. DAVILA, ESQ.
USDC-PR #214503
420 PONCE DE LEON
MIDTOWN BLDG SUITE 311
SAN JUAN, PR  00918
TEL. 787 759-8090,759-9620
davilaww@prtc.net

FRANCISCO NIEVES PIZARRO
PO BOX 2947
Guaynabo PR 00970

MARILYN CUADRADO NIEVES
PO BOX 2947
Guaynabo PR 00970

EMILY DARICE DAVILA, ESQ
EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
San Juan PR 00918

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
Malvern PA 19355

ANIBAL ORTIZ RIVERA
SIERRA BAYAMON
34-6 CALLE 31
Bayamon PR 00961

ASOC EMPLEADOS ELA
BANKRUPTCY DIVISION
GPO BOX 364508
SAN JUAN PR 00936-4508

BERNARDO REYES AVILES
COLINAS DE CERRO GORDO
BO SABANA
Bayamon PR 00959

CACH LLC
4340 MONACO ST
Denver CO 80237

CITICARD
PO BOX 9001037
Louisville KY 40290-1037

CLARO WIRELESS
PO BOX 70366
SAN JUAN PR 00936-0633

COOP A/C LOMAS VERDES
PO BOX 1142
BAYAMON PR 00960

DACO
REGIONAL OFFICE SAN JUAN
PO BOX 41059

```
San Juan PR 00940-1059

DEPARTAMENT OF TREASURY
PO BOX 9024140
San Juan PR 00902-4140

DISCOVER CARD SERVICES
BANKRUPTCY DIVISION
PO BOX 15251
WILMINGTON DE 19886

FIRSTBANK
PO BOX 11852
San Juan PR 00910-1852

INTERNAL REVENUE SERV
PO BOX 7346
PHILADELPHIA PA 19101-7346

ISLAND PORTFOLIO SERVICES LLC
PO BOX 361110
SAN JUAN PR 00936

JOSE RODRIGUEZ AGUAYO
URB MONTE CASINO HEIGHTS
142 CALLE RIO SONADOR
TOA ALTA PR 00953

LUMA ENERGY
PO BOX 363508
San Juan PR 00936

LVNV FUNDING
BANKRUPTCY DIVISION
PO BOX 10497
GREENVILLE SC 29603

MARGIE NIEVES
HC01 BOX 11545
Toa Baja PR 00949

MARICARMEN SANTANA RODRIGUEZ
URB EL CORTIJO
E66 CALLE 8
Bayamon PR 00956

MUEBLERIAS BERRIOS
BANKRUPTCY DIVISION
APARTADO 674
CIDRA PR 00739

PREMIER BANKCARD INC
PO BOX 53
GENEVA IL 60134
```

```
RAYMOND MORALES
URB CIUDAD JARDIN 11
166 CALLE BEGONIA
Toa Alta PR 00953

RETIREMENT 106
PO BOX 42003
MINILLAS STA
San Juan PR 00940-2203

ROSAURA PEREZ RODRIGUEZ
URB STA JUANITA
BN-19 CALLE YOCOHAMA
Bayamon PR 00956
```