IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FRANCISCO NIEVES PIZARRO     CASE 23-02064(EAG)
MARILYN CUADRADO NIEVES    CHAPTER 13

  Debtor
---------------------------------*

OBJECTION TO CLAIM 2

TO THE HONORABLE COURT:

NOW COMES the above-named debtor through the undersigned attorney and very respectfully prays and alleges as follows:

1. That creditor First Bank filed proof of claim #2, in the secured sum of $30,515.18.

2. That debtor objects such claim inasmuch as the value of the collateral as per Kelley Blue Book is that of $21,935.00 and proposed plan provides for payment up to value of collateral, plus prime rate (8.25%), risk factor (2%), & excise tax (4%) for total interest of 14.25% for a total estimated payment of $30,681.72. Also, the plan provides adequate protection payments and payment of post-petition insurance to creditor at maturity dated. See attached value of collateral.

3. The proposed plan is sufficiently funded.

WHEREFORE, it is respectfully requested that this Honorable Court allow claim #2 as secured claim up to value of collateral and the remaining sum as a general unsecured claim for the reasons herein stated.

I CERTIFY that on this date I have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, to Chapter 13 Trustee, Jose R. Carrion, Esq., to attorney for creditor First bank, Maricarmen Colon Díaz, Esq., and by First Class U.S. Mail to First Bank, Carmen Maysonet, Supervisor, PO Box 9146, San Juan, PR 00908-0146, and to parties in interest and creditors.

30 DAYS NOTICE

TO ALL PARTIES IN INTEREST:

Within thirty (30) days after services as evidenced by the Certification and an additional three (3) days pursuant to Federal Rules of Bankruptcy Procedure 9006(f) if you were served by mail, any party against whom this paper has been served or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless; (i) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

In San Juan, Puerto Rico this 14th day of July 2023.

/S/EMILY DARICE DAVILA, ESQ
EMILY D. DAVILA USCDPR 214503
420 PONCE DE LEON
MIDTOWN BLDG. SUITE 311
SAN JUAN, P.R.  00918
TEL. 787, 759-8090, FAX 759-9620
davilalawe@prtc.net
davilalaww@prtc.net





Trade-in Range
**$20,665 - $23,204**
Trade-in Value
**$21,935**

ⓘ Important info & definitions

Value valid as of **07/03/2023**

### Factors That Impact Value
Check that yours are correct below.

Mileage: **43,000** ✎    ZIP Code: **00918** 📍

Condition
**Good** ⌄    Edit Options

 **Instant Cash Offer**

### Instant Cash Offer Advantages ⎘

- Get your Instant Cash Offer online
- Redeem it at a Participating Dealer
- Get cash for your car or trade it in today

**Get Offer**

Advertisement

```
FRANCISCO NIEVES PIZARRO
PO BOX 2947
GUAYNABO PR 00970

MARILYN CUADRADO NIEVES
PO BOX 2947
GUAYNABO PR 00970

EMILY DARICE DAVILA, ESQ
EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
SAN JUAN, PR 00918

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355

ANIBAL ORTIZ RIVERA
SIERRA BAYAMON
34-6 CALLE 31
BAYAMON PR 00961

ASOC EMPLEADOS ELA
BANKRUPTCY DIVISION
GPO BOX 364508
SAN JUAN PR 00936-4508

BERNARDO REYES AVILES
COLINAS DE CERRO GORDO
BO SABANA
BAYAMON PR 00959

CACH LLC
4340 MONACO ST
DENVER CO 80237

CITICARD
PO BOX 9001037
LOUISVILLE KY 40290-1037

CLARO WIRELESS
PO BOX 70366
SAN JUAN PR 00936-0633

COOP A/C LOMAS VERDES
PO BOX 1142
BAYAMON PR 00960

DACO
REGIONAL OFFICE SAN JUAN
PO BOX 41059
SAN JUAN PR 00940-1059
```

```
DEPARTAMENT OF TREASURY
PO BOX 9024140
SAN JUAN PR 00902-4140

DISCOVER CARD SERVICES
BANKRUPTCY DIVISION
PO BOX 15251
WILMINGTON DE 19886

EASTERN AMERICA INSURANCE
PO BOX 9023862
SAN JUAN PR 00902-3862

FIRSTBANK
PO BOX 11852
SAN JUAN PR 00910-1852

INTERNAL REVENUE SERV
PO BOX 7346
PHILADELPHIA PA 19101-7346

ISLAND PORTFOLIO SERVICES LLC
PO BOX 361110
SAN JUAN PR 00936

JOSE RODRIGUEZ AGUAYO
URB MONTE CASINO HEIGHTS
142 CALLE RIO SONADOR
TOA ALTA PR 00953

LUMA ENERGY
PO BOX 363508
SAN JUAN PR 00936

LVNV FUNDING
BANKRUPTCY DIVISION
PO BOX 10497
GREENVILLE SC 29603

MARGIE NIEVES
HC01 BOX 11545
TOA BAJA PR 00949

MARICARMEN SANTANA RODRIGUEZ
URB EL CORTIJO
E66 CALLE 8
BAYAMON PR 00956

MUEBLERIAS BERRIOS
BANKRUPTCY DIVISION
APARTADO 674
CIDRA PR 00739
```

```
PREMIER BANKCARD INC
PO BOX 53
GENEVA IL 60134

RAYMOND MORALES
URB CIUDAD JARDIN 11
166 CALLE BEGONIA
TOA ALTA PR 00953

RETIREMENT 106
PO BOX 42003
MINILLAS STA
SAN JUAN PR 00940-2203

ROSAURA PEREZ RODRIGUEZ
URB STA JUANITA
BN-19 CALLE YOCOHAMA
BAYAMON PR 00956
```