## United States Bankruptcy Court
### District of Puerto Rico

In re **FRANCISCO NIEVES PIZARRO**
**MARILYN CUADRADO NIEVES**
Debtor(s)

Case No. **23-02064 (EAG)**
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
AMENDED A/B 3.1- TO CLARIFY VALUE OF COLLATERAL.

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: I FILED THE FOREGOING AMENDMENT ELECTRONICALLY WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM WHICH WILL NOTIFY ALL CM/ECF PARTICIPANTS, TO CHAPTER 13 TRUSTEE, JOSE R CARRION, ESQ. AND BY REGULAR MAIL TO PARTIES AND CREDITORS IN INTEREST.

Date: **July 14, 2023**

/s/ EMILY DARICE DAVILA, ESQ
**EMILY DARICE DAVILA, ESQ**
Attorney for Debtor(s)
**EMILY D DAVILA LAW FIRM**
**420 PONCE DE LEON AVE**
**MIDTOWN SUITE 311**
San Juan, PR 00918
787 759-8090 Fax:787 759-9620
davilaww@prtc.net

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **FRANCISCO** First Name | **NIEVES** Middle Name | **PIZARRO** Last Name |
| Debtor 2 (Spouse, if filing) | **MARILYN** First Name | **CUADRADO** Middle Name | **NIEVES** Last Name |

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number **23-02064 (EAG)**

☒ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   **1.1**
   **BO SANTA OLAYA**
   **CARR 829 KM 8.0**
   Street address, if available, or other description

   **Bayamon**          **PR**     **00956-0000**
   City                State     ZIP Code

   **Bayamon**
   County

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $60,000.00
   **Current value of the portion you own?** $60,000.00

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **OWNER**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:
   **CONCRETE STRUCTURE, 3 BEDRMS, 2 BATHS,**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................=>   **$60,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  FRANCISCO NIEVES PIZARRO
Debtor 2  MARILYN CUADRADO NIEVES                Case number (if known)  23-02064 (EAG)

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: NISSAN
       Model: FRONTIER
       Year: 2019
       Approximate mileage: 43000.
       Other information: AUT., AIR COND. RADIO

       Who has an interest in the property? Check one
       ☐ Debtor 1 only
       ☐ Debtor 2 only
       ■ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ Check if this is community property
       (see instructions)

       Current value of the entire property? $21,935.00
       Current value of the portion you own? $21,935.00

   3.2 Make: FORD
       Model: F150
       Year: 1999
       Approximate mileage: 165000
       Other information: AUT., AIR., RADIO, FAIR CONDITION

       Who has an interest in the property? Check one
       ☐ Debtor 1 only
       ■ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ Check if this is community property
       (see instructions)

       Current value of the entire property? $3,067.00
       Current value of the portion you own? $3,067.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>  **$25,002.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   REFRIGERATOR, STOVE, WASHER, DRYER, 2 BEDROOM SETS, DINETTE SET, 40 IN TV,19 IN TV, LAPTOP, & PRINTER       $4,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

Official Form 106A/B          Schedule A/B: Property          page 2

| | | |
|---|---|---|
| Debtor 1 | FRANCISCO NIEVES PIZARRO | |
| Debtor 2 | MARILYN CUADRADO NIEVES | Case number *(if known)* 23-02064 (EAG) |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | CLOTHING | $900.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | WEDDING RING, 2 WATCHES | $300.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................... **$5,200.00**

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions.
---|---

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes............................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes....................... Institution name:

    | 17.1. | CH ACCT #4380 | FIRSTBANK | $0.00 |
    |---|---|---|---|

Official Form 106A/B  Schedule A/B: Property  page 3

| Debtor 1 | FRANCISCO NIEVES PIZARRO | | |
|---|---|---|---|
| Debtor 2 | MARILYN CUADRADO NIEVES | Case number *(if known)* | 23-02064 (EAG) |

| | 17.2. | CK SAVINGS #8189 | BANCO POPULAR | $154.16 |
|---|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| MFJ CONTRACTOR LLC. MARILYN CUADRADO IS PRESIDENT, CORPORATION HAS CEASED OPERATIONS AS OF APRIL 2023 AND WILL BE FILING CHAPTER 7. CORPORATION DOES NOT OWN ANY PROPERTY. NO ACTIVE CONTRACTS. | | % | $1.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| RETIREMENT FUNDS | RETIREMENT 106 | $32,263.99 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

| | | | |
|---|---|---|---|
| Debtor 1 | FRANCISCO NIEVES PIZARRO | | |
| Debtor 2 | MARILYN CUADRADO NIEVES | Case number *(if known)* | 23-02064 (EAG) |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:       Beneficiary:       Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**   **$32,419.15**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Official Form 106A/B       Schedule A/B: Property       page 5

| | | |
|---|---|---|
| Debtor 1 | FRANCISCO NIEVES PIZARRO | |
| Debtor 2 | MARILYN CUADRADO NIEVES | Case number *(if known)* 23-02064 (EAG) |

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................   $0.00

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---:|---:|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................ | | $60,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $25,002.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,200.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $32,419.15 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**        + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... $62,621.15   Copy personal property total | | $62,621.15 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $122,621.15 |

Official Form 106A/B    Schedule A/B: Property    page 6

# United States Bankruptcy Court
## District of Puerto Rico

In re **FRANCISCO NIEVES PIZARRO**
**MARILYN CUADRADO NIEVES**
Debtor(s)

Case No. **23-02064 (EAG)**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing A/B 3.1, consisting of **8** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 14, 2023**      Signature **/s/ FRANCISCO NIEVES PIZARRO**
**FRANCISCO NIEVES PIZARRO**
Debtor 1

Date **July 14, 2023**      Signature **/s/ MARILYN CUADRADO NIEVES**
**MARILYN CUADRADO NIEVES**
Debtor 2

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.