**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**FRANCISCO NIEVES PIZARRO**<br>**dba MFJ CONTRACTOR LLC**<br>**MARILYN CUADRADO NIEVES**<br><br>xxx–xx–1680<br>xxx–xx–5850<br><br>Debtor(s) | Case No. **23–02064 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/26/23 |

### ORDER GRANTING CONTINUANCE OF THE AUTOMATIC STAY

We hereby grant debtor(s) unopposed request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on 7/6/23.

Wherefore, the provisions of the automatic stay as provided in 11 U.S.C. Section 362 shall be in full force and effect as to all creditors and parties in interest until further order of this Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, July 26, 2023 .

Edward A. Godoy
United States Bankruptcy Judge