United States Bankruptcy Court
District of Puerto Rico

In re:  
FRANCISCO NIEVES PIZARRO  
MARILYN CUADRADO NIEVES  
    Debtors

Case No. 23-02064-EAG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 26, 2023      Form ID: oacs      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5097273 | + | ANIBAL ORTIZ RIVERA, SIERRA BAYAMON, 34-6 CALLE 31, Bayamon PR 00961-4364 |
| 5097274 | | ASOC EMPLEADOS ELA, BANKRUPTCY DIVISION, GPO BOX 364508, SAN JUAN PR 00936-4508 |
| 5097275 | | BERNARDO REYES AVILES, COLINAS DE CERRO GORDO, BO SABANA, Bayamon PR 00959 |
| 5097279 | + | COOP A/C LOMAS VERDES, PO BOX 1142, BAYAMON PR 00960-1142 |
| 5097280 | | DACO, REGIONAL OFFICE SAN JUAN, PO BOX 41059, San Juan PR 00940-1059 |
| 5097271 | + | EMILY DARICE DAVILA, ESQ, EMILY D DAVILA LAW FIRM, 420 PONCE DE LEON AVE, MIDTOWN SUITE 311, San Juan PR 00918-3403 |
| 5097269 | + | FRANCISCO NIEVES PIZARRO, PO BOX 2947, Guaynabo PR 00970-2947 |
| 5097286 | + | JOSE RODRIGUEZ AGUAYO, URB MONTE CASINO HEIGHTS, 142 CALLE RIO SONADOR, TOA ALTA PR 00953-3751 |
| 5097289 | + | MARGIE NIEVES, HC01 BOX 11545, Toa Baja PR 00949-9620 |
| 5097290 | + | MARICARMEN SANTANA RODRIGUEZ, URB EL CORTIJO, E66 CALLE 8, Bayamon PR 00956-5641 |
| 5097270 | + | MARILYN CUADRADO NIEVES, PO BOX 2947, Guaynabo PR 00970-2947 |
| 5097292 | + | PREMIER BANKCARD INC, PO BOX 53, GENEVA IL 60134-0053 |
| 5097293 | + | RAYMOND MORALES, URB CIUDAD JARDIN 11, 166 CALLE BEGONIA, Toa Alta PR 00953-4855 |
| 5097294 | | RETIREMENT 106, PO BOX 42003, MINILLAS STA, San Juan PR 00940-2203 |
| 5097295 | + | ROSAURA PEREZ RODRIGUEZ, URB STA JUANITA, BN-19 CALLE YOCOHAMA, Bayamon PR 00956-4918 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5097272 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2023 19:19:58 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, Malvern PA 19355-0701 |
| 5097276 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2023 19:19:55 | CACH LLC, 4340 MONACO ST, Denver CO 80237-3485 |
| 5097277 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2023 19:19:50 | CITICARD, PO BOX 9001037, Louisville KY 40290-1037 |
| 5097278 | ^ | MEBN | Jul 26 2023 19:09:00 | CLARO WIRELESS, PO BOX 70366, SAN JUAN PR 00936-8366 |
| 5097281 | | Email/Text: bankruptcy@hacienda.pr.gov | Jul 26 2023 19:10:00 | DEPARTAMENT OF TREASURY, PO BOX 9024140, San Juan PR 00902-4140 |
| 5097282 | | Email/Text: mrdiscen@discover.com | Jul 26 2023 19:10:00 | DISCOVER CARD SERVICES, BANKRUPTCY DIVISION, PO BOX 15251, WILMINGTON DE 19886 |
| 5097283 | | Email/Text: fblegalcounseling@firstbankpr.com | Jul 26 2023 19:10:00 | FIRSTBANK, CONSUMER SERVICE CENTER, BANKRUPTCY DIVISION -(CODE 248), PO BOX 9146, SAN JUAN PR 00908-0146 |
| 5097284 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2023 19:10:00 | INTERNAL REVENUE SERV, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 5097287 | | Email/Text: quiebras@lumapr.com | | |

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: oacs | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| 5098986 | Email/Text: quiebras@lumapr.com | Jul 26 2023 19:10:00 | LUMA ENERGY, PO BOX 363508, San Juan PR 00936 |
| | | Jul 26 2023 19:10:00 | LUMA ENERGY, REVENUE PROTECTION, PO BOX 364267, SAN JUAN, PR 00936 |
| 5097288 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2023 19:19:50 | LVNV FUNDING, BANKRUPTCY DIVISION, PO BOX 10497, GREENVILLE SC 29603-0497 |
| 5102162 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2023 19:19:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5097291 | ^ MEBN | Jul 26 2023 19:08:54 | MUEBLERIAS BERRIOS, BANKRUPTCY DIVISION, APARTADO 674, CIDRA PR 00739-0674 |
| 5097285 | Email/Text: bkaccounts@islandportfolios.com | Jul 26 2023 19:10:00 | ISLAND PORTFOLIO SERVICES LLC, PO BOX 361110, SAN JUAN PR 00936 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

**Name**          **Email Address**

CHARLINE MICHELLE JIMENEZ ECHEVARRIA
   on behalf of Creditor ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF ACE ONE FUNDING LLC noreply.bknotifications@gmail.com

EMILY DARICE DAVILA RIVERA
   on behalf of Debtor FRANCISCO NIEVES PIZARRO davilalawe@prtc.net  davilalawe@prtc.net

JOSE RAMON CARRION MORALES
   newecfmail@ch13-pr.com

MARICARMEN COLON DIAZ
   on behalf of Creditor FIRSTBANK PR maricarmen.colon@firstbankpr.com

MONSITA LECAROZ ARRIBAS
   ustpregion21.hr.ecf@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**FRANCISCO NIEVES PIZARRO**<br>**dba MFJ CONTRACTOR LLC**<br>**MARILYN CUADRADO NIEVES**<br><br>xxx−xx−1680<br>xxx−xx−5850<br><br>Debtor(s) | Case No. **23−02064 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/26/23 |

### ORDER GRANTING CONTINUANCE OF THE AUTOMATIC STAY

We hereby grant debtor(s) unopposed request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on 7/6/23.

Wherefore, the provisions of the automatic stay as provided in 11 U.S.C. Section 362 shall be in full force and effect as to all creditors and parties in interest until further order of this Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, July 26, 2023 .

Edward A. Godoy
United States Bankruptcy Judge